STATE OF NEW JERSEY v. KENNETH THOMAS.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. NORMAN ZEINER.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES CRISPIN.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD ASH.

June 19, 1984.

Petition for certification denied.

ALFRED A. EHRLICH v. MASOUD REZVAN, M.D.

June 19, 1984.

Petition for certification denied.